**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RUSHLYN G. WILLIAMS,

    Plaintiff,

vs.                      CASE NO. 6:05-CV-1766-ORL-19DAB

McCORMICK CONDUIT BUCKLEY,

    Defendant.

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 3, filed November 29, 2005). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 3) is **ADOPTED and AFFIRMED.** The Motion for Leave to Proceed In Formal Pauperis (Doc. No. 2, filed November 28, 2005) is hereby **DENIED.** Plaintiff shall pay the filing fee within ten (10) days from the date of this Order if he wishes to proceed with this litigation. Failure to pay the filing fee in accordance with this Order will result in dismissal of this action without further notice. As Plaintiff appears to have counsel in the worker's compensation claim, he is strongly advised to consult with counsel prior to proceeding further with this case in federal court.

**DONE AND ORDERED** at Orlando, Florida, this ___7th___ day of December, 2005.

*Patricia C. Fawsett*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record

Case 6:05-cv-01766-PCF-DAB   Document 6   Filed 12/08/05   Page 2 of 2 PageID 33